UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY<br>*Plaintiff*<br><br>VERSUS<br><br>DAVIE SHORING, INC.<br>*Defendant* | *   CIVIL ACTION<br>*   NUMBER:   2:17-cv-3441<br>*<br>*   JUDGE AFRICK<br>*<br>*   MAG. JUDGE WILKINSON<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   *

# MOTION TO DISMISS PURSUANT TO
# RULE 12(b)(1) AND RULE 12(b)(6) AND MOTION TO STAY

**NOW INTO COURT**, through undersigned counsel, comes defendant, Davie Shoring, Inc. ("Davie Shoring"), and submits its motions:

(1) To dismiss the captioned matter pursuant to FRCP 12(b)(1) for lack of subject matter jurisdiction because the claims contained in the Complaint are not ripe for consideration, and FRCP 12(b)(6) for failure to state a claim upon which relief may be granted; and

(2) To stay, or alternatively, dismiss, all claims pursuant to principles of abstention.

For all of the reasons contained in Davie Shoring's accompanying memorandum in support, these motions should be granted, and Plaintiff's Complaint for Declaratory Judgment and Damages in the captioned matter should be dismissed.

{N1340934 -}

Respectfully submitted:

*/s/ John A. Cangelosi*
**JOHN A. CANGELOSI (LA #26835)**
**NICOLE M. BABB (LA #35032)**
**KING, KREBS & JURGENS, PLLC**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233

*Counsel for Davie Shoring, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2017, a copy of the above and foregoing was served on all counsel of record, either by facsimile, hand delivery, electronic mail, or by placing same in the U.S. mail, postage prepaid.

*/s/ John A. Cangelosi*
JOHN A. CANGELOSI